**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000502
07-MAY-2020
09:58 AM**

NO. CAAP-19-0000502


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


REMAX PROPERTIES, authorized agent for RICHARD K. TAHARA
and MARJORIE T. TAHARA, owners of the subject property,
Plaintiff-Appellee, v. CHRISTOPHER YOUNG, Defendant-Appellant


APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
PUNA DIVISION
(CIVIL NO. 3RC-18-1-1186)


ORDER
(By: Ginoza, Chief Judge)

Upon consideration of the "Motion to Strike or Dismiss Defendant-Appellant Christopher Young's [(**Appellant**)] Notice of Redress to the State of Hawaii Legislature for an Investigation to Address the Treasonous Acts Did Cause Deprivation of Appellant's Due Process, Equal Access and Protection of the Law Committed an Act of Mixed War Against We the People; Appellant is Requesting the Uniform Bonding Code Information from All Bar Members Involved in This Case Pursuant to Code 5.2(1)-(6), 5.4, 5.5., Filed on April 14, 2020," and "Motion to Declare [Appellant] a 'Vexatious Litigant' and Order Requiring [Appellant] to Post Security," both filed on April 28, 2020, by Plaintiff-Appellee ReMax Properties, authorized agent for Richard K. Tahara and Marjorie T. Tahara, the papers in support,

and the record, it appears that on February 28, 2020, the court dismissed the appeal.

Therefore, IT IS HEREBY ORDERED that the motions are dismissed as moot.

DATED:  Honolulu, Hawaiʻi, May 7, 2020.

/s/ Lisa M. Ginoza
Chief Judge

2